# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2007

132252

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

BRUCE WAYNE GEYER,
          Defendant-Appellant.

SC: 132252
COA: 270662
Isabella CC: 02-000547-FH

_____/

On order of the Court, the application for leave to appeal the August 18, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., dissents and states as follows:

I would remand this case to the Court of Appeals as on leave granted, and I believe that the defendant is entitled to a corrected presentence report.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2007

_____
Clerk

p0124